ERRATUM

<u>Huzhou Muyun Wood Co., Ltd. v. United States</u>, Ct. No. 16-00245, Slip Op. 18-89, dated July 16, 2018:

Page 3:   On lines 10-11, replace "<u>reprinted in</u> 1944 U.S.C.C.A.N. 4040, 4203." with "<u>reprinted in</u> 1994 U.S.C.C.A.N. 4040, 4203."

July 27, 2018.